```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :      17 Cr. 610 (LGS)
              -against-                                     :
                                                            :           ORDER
GARY DAVIS AND KAREEM DAVIS,                                :
                              Defendants,                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2019

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the status conference previously scheduled for May 14, 2019 at 5:00 p.m., shall be adjourned to **May 14, 2019 at 4:00 p.m**.

Dated: May 13, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**