UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2019

-------------------------------------------------------- X
                               :

UNITED STATES OF AMERICA,
                               :         17-cr-610-16 (LGS)
                               :

                -against-          :           **ORDER**
                               :

KAREEM DAVIS,
                       Defendant.  :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the parties shall appear for a **telephone status conference today, November 21, 2019, at 12:30 p.m.**  The parties shall jointly call the Court from one line at 212-805-0288.  Per the attached e-mail sent to the Chambers inbox, Defendant Kareem Davis, through counsel, waives his appearance at the conference.

Dated:  November 21, 2019
       New York, New York

                                     **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**

**From:** Donald Yannella <nynjcrimlawyer@gmail.com>
**Sent:** Thursday, November 21, 2019 8:59 AM
**To:** Schofield NYSD Chambers
**Cc:** Clore, Christopher (USANYS); Estes, Jordan (USANYS); Ricjasp@aol.com; Rothman, Alexandra (USANYS); bkoffsky_snet.net; natali_todd@yahoo.com
**Subject:** Re: 17-cr-610-16 U.S. v. Kareem Davis

On behalf of Kareem Davis, we respectfully request permission to have Bruce Koffsky stand in for me, and we waive Mr. Davis' appearance. I will be in the MCC discussing this with Mr. Davis and reviewing 3500 material with him. I do not anticipate being out of MCC by 12:30, but Mr. Koffsky is prepared to appear telephonically without me

Respectfully, Donald Yannella, Esq.