```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
  UNITED STATES OF AMERICA,                 :
                         Plaintiff,         :
                                            :      17 Cr. 610-16 (LGS)
           -against-                        :
                                            :             ORDER
  KAREEM DAVIS,                             :
                         Defendant.         :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/2019

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that, by **December 5, 2019, at noon**, the Government shall file the lists for Part IX (witnesses and other individuals referenced at trial) and Part X (locations referenced at trial) of the Voir Dire. The parties shall confer and ensure the lists are complete.

Dated: December 3, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**