UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

- against -

KAREEM DAVIS
          Defendant
----------------------------------------X

ORDER

17 Cr. 610 (LGS)

**WHEREAS**, the above-named defendant is scheduled to commence trial before this Court on December 9, 2019; and he is presently in the custody of the Federal Bureau of Prisons and detained at the Metropolitan Correction Center (hereinafter "MCC") in New York, NY (Kareem Davis, registration # 86427-054), and

UPON the application of said defendant to be permitted to attend the trial in dress clothing as opposed to a prison issued jumpsuit, it is hereby

ORDERED that the MCC shall accept, on said defendant's behalf, three dress shirts, three dress slacks, two suit jackets, three ties, one belt, five pairs of socks, and one pair of shoes and in accordance with the Institution's standard policies and procedures, and that said defendant be given access to these items prior to his appearance in Court on a daily basis until the jury renders a verdict.

ORDERED that the family of Kareem Davis may supply said clothing to the Federal Bureau of Prisons (MCC) in the week prior to trial and the MCC shall safeguard said clothing and provide it to the defendant to wear at trial.

Dated: December 2, 2019

**SO ORDERED**

Hon. Lorna G. Schofield
United States District Judge