```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :    17 Cr. 610-16 (LGS)
                 -against-                                   :
                                                             :    ORDER
    KAREEM DAVIS,                                            :
                                      Defendant.             :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury reached a verdict of guilty on all three counts as to Defendant Kareem Davis, on December 17, 2019.  It is hereby

**ORDERED** that any post-trial motions are due 30 days after December 17, 2019, or by **January 16, 2020**.  The Government's oppositions is due **30 days after** the motions are served.

Defendant's reply is due **10 days after** the Opposition is served.

Dated: December 18, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**