UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
                    Plaintiff, :
:
    -against- :
:
KAREEM DAVIS, :
                    Defendant, :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/2019

17 Cr. 610-16 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Kareem Davis' sentencing hearing shall be held on **April 16, 2020** at **4:30 p.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **March 16, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **March 23, 2020.**

Dated: December 26, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**