USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                                                             :  17 Cr. 610-16 (LGS)
             -against-                                       :
                                                             :  **ORDER**
KAREEM DAVIS,                                                :
                                    Defendant.               :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 536 requires that any post-trial motions are due December 17, 2019. Any oppositions are due 30 days later, and any replies due 10 days after the oppositions. Because the Government filed an opposition on February 17, 2020, the reply was due February 27, 2020. Defendant did not timely file any reply. It is herby

**ORDERED** that, unless Defendant files a reply by **March 3, 2020**, Defendant's post-trial motion will be considered fully briefed.

Dated: March 2, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE