USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 20, 2020

# Law Offices of Donald Yannella, P.C.
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100     233 Broadway, Suite 2370
River Edge, NJ 07661     New York, NY 10279
    (Preferred mailing address)

March 20, 2020

Hon. Lorna G. Schofield
United States District Court
40 Foley Square
New York, NY 10007

      US v. Kareem Davis, 17 Cr. 610 (LGS)

Dear Judge Schofield:

      Bruce Koffsky and I are counsel for Kareem Davis, whose control date for sentencing is April 5, 2020. As of March 13, 2020, attorney visitation at the MCC was suspended for thirty days to prevent or reduce the spread of COVID-19. Consequently, I have been unable to visit Mr. Davis to review the final PSR and our sentencing memorandum.

      In light of the current COVID-19 pandemic and its evolving impact, I respectfully request that sentencing be adjourned for approximately thirty days.

      AUSA Christopher Clore informs me that he has no objection to this application.

Application Granted. Defendant Kareem Davis' sentencing hearing is adjourned to June 2, 2020 at 2:00 p.m. Defendant's sentencing submission shall be filed on or before May 4, 2020. The Government's sentencing submission shall be filed by May 11, 2020. The Clerk of the Court is directed to terminate the letter motion at docket number 569.

Respectfully submitted,

/s/

Donald J. Yannella, Esq.

Dated: March 20, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE