UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                                        Plaintiff,

                        17 Cr. 610-16 (LGS)
              -against-

                        SCHEDULING ORDER
    KAREEM DAVIS,
                                 Defendant,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephone conference was held on June 2, 2020.  For the reasons stated on the record.  It is hereby,

       **ORDERED** that Mr. Bruce Koffsky and Mr. Donald Yannella are relieved as counsel for Defendant Kareem Davis.  It is further

       **ORDERED** that Mr. Richard H. Rosenberg is appointed as counsel for Defendant Kareem Davis.  It is further

       **ORDERED** that the parties shall appear for a status conference on **September 24, 2020, at 12:00 p.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007

Dated: June 12, 2020
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**