# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

June 15, 2020

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 581.*

*Dated: June 17, 2020*
*New York, New York*

Hon. Lorna G. Schofield  
United States District Court Judge  
Southern District of New York  
40 Foley Square  
New York, New York 10007

LORNA G. SCHOFIELD  
UNITED STATES DISTRICT JUDGE

**United States v. Kareem Davis**  
**17 Cr. 610 (LGS)**

Dear Judge Schofield;

      On Wednesday, June 3, 2020 Your Honor appointed me successor CJA counsel to represent defendant Kareem Davis for purposes of sentencing following his conviction by jury trial and subsequent denials of his post-trial motions. I have consulted with my predecessor counsel, Donald Yanella, Esq. and along with materials he has begun to provide me as well as documents filed on PACER I have begun my review of the case. I note that the record is significant and my preparation will necessarily include analysis for my likely appellate representation following sentence.

      As a solo practitioner working remotely with a significant case load, I write to respectfully request authorization for the expenditure of CJA funds to retain the services of Clara S. Kalhous, Esq. as associate counsel to assist me in representing Mr. Davis. Ms. Kalhous has more than ably assisted several CJA attorneys, including myself, in matters before this Court as well as in the Eastern District of New York. Ms. Kalhous is experienced and adept in reviewing digital discovery, conducting legal research, identifying case issues and preparing legal memoranda. Significantly, Ms. Kalhous has extensive appellate experience in assisting CJA counsel in matters before the Second Circuit Court of Appeals. Simply put, she would be an invaluable asset to me in my representation of Mr. Davis.

      Should Your Honor be inclined to grant this application it is respectfully requested that Ms. Kalhous be approved at the rate of $100.00 per hour for an initial period of 50 hours with

leave to request additional hours should the need arise.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg