# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

September 17, 2020

Hon. Lorna G. Schofield  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

                     Re:  United States v. Kareem Davis  
                            17-CR-610 (LGS)

Dear Judge Schofield:

       On behalf of Kareem Davis, and with the Government's consent, I write to respectfully ask that the Court adjourn the September 24 status date and set an in-person sentencing date for January 2021.

       After having discussed the case with prior counsel and with Mr. Davis, undersigned counsel believes that a status conference on September 24 is not necessary. We have reviewed the trial transcripts and been in communication with members of Mr. Davis' family concerning letters for sentencing. We will be prepared to go forward with sentencing at a date set by the Court.

       We ask for an in-person sentencing date in January because Mr. Davis faces a life sentence and would benefit from the opportunity to address the Court in person and to have his family present at sentencing. Due to the coronavirus pandemic, counsel has concerns about appearing in person this fall due to the anticipated virus surge, both personally[1] and for Mr. Davis' family. We hope that, by January, it may become feasible for all parties to once again appear safely at in-person proceedings.

---

[1] Lead counsel is seventy-five years of age with underlying COVID-19 high-risk health issues.

I thank the Court for its continued consideration and courtesies to counsel.

Respectfully,
____/s/_____
Richard H. Rosenberg, Esq.

Cc: All parties (by ECF)
Kareem Davis (by US mail)