# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

September 17, 2020

Hon. Lorna G. Schofield  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

                 Re:  United States v. Kareem Davis  
                      17-CR-610 (LGS)

Dear Judge Schofield:

       On behalf of Kareem Davis, and with the Government's consent, I write to respectfully ask that the Court adjourn the September 24 status date and set an in-person sentencing date for January 2021.

       After having discussed the case with prior counsel and with Mr. Davis, undersigned counsel believes that a status conference on September 24 is not necessary. We have reviewed the trial transcripts and been in communication with members of Mr. Davis' family concerning letters for sentencing. We will be prepared to go forward with sentencing at a date set by the Court.

       We ask for an in-person sentencing date in January because Mr. Davis faces a life sentence and would benefit from the opportunity to address the Court in person and to have his family present at sentencing. Due to the coronavirus pandemic, counsel has concerns about appearing in person this fall due to the anticipated virus surge, both personally[1] and for Mr. Davis' family. We hope that, by January, it may become feasible for all parties to once again appear safely at in-person proceedings.

---

[1] Lead counsel is seventy-five years of age with underlying COVID-19 high-risk health issues.

I thank the Court for its continued consideration and courtesies to counsel.

                                      Respectfully,
                                      _____/s/_____
                                      Richard H. Rosenberg, Esq.

Cc:    All parties (by ECF)
        Kareem Davis (by US mail)

Application Granted.  It is hereby ORDERED that Defendant Kareem Davis' sentencing hearing shall be held on **January 28, 2021 at 11:00 a.m**. in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **December 14, 2020**.  The Government's pre-sentencing submission, if any, shall be filed by **December 21, 2020**.  The September 24, 2020 status conference is CANCELED.  The Clerk of the Court is directed to terminate the letter motion at docket number 596.

Dated: September 21, 2020
New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE