# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

December 11, 2020

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Application Granted.  Defendant Kareem Davis' sentencing is adjourned from January 28, 2021, to **April 29, 2021 at 11:00 a.m.**  The Clerk of the Court is directed to terminate the letter motion at docket number 609.*

*Dated: December 16, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  **United States v. Kareem Davis**
      **17-CR-610 (LGS)**

Dear Judge Schofield:

On behalf of Kareem Davis, and with the Government's consent, I write to respectfully ask that the Court adjourn the sentencing date currently set for January 28, 2021.

In our previous request to the Court on September 17, 2020, we asked the Court to set a January 2021 sentencing date with the hope that it would, by that time, be possible to appear in person before Your Honor and for Mr. Davis to have his family present at sentencing. Mr. Davis faces a life sentence. Due to lockdown conditions and suspension of visitation at MCC, where he is currently detained, Mr. Davis has not been able to see his family since March 2020. An in-person proceeding would give him the chance to see them once before being designated (we anticipate) to a penitentiary facility outside of New York State.

We understand that the Courthouse is closed for in-person criminal proceedings until January 15 but anticipate that the closure may be extended given the rising rates of infection in the District. In light of the current coronavirus pandemic surge, counsel has concerns about appearing in person both personally[1] and for Mr. Davis' family. By a date in the early spring, given the hopeful vaccine prognosis, it may become feasible for all parties to once again appear safely at in-person proceedings. Accordingly, we respectfully ask the Court to adjourn the January sentencing date and set this case down for a sentencing hearing in the spring of 2021.

---

[1] Lead counsel is seventy-five years of age with underlying COVID-19 high-risk health issues.

I thank the Court for its continued consideration and courtesies to counsel.

Respectfully,

_____/s/_____

Richard H. Rosenberg, Esq.

Cc:     All parties (by ECF)
        Kareem Davis (by US mail)