# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

April 13, 2021

Hon. Lorna G. Schofield  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

> Application Granted. Defendant Kareem Davis' sentencing is adjourned from April 29, 2021, to **June 7, 2021, at 11:00 a.m.**  The Government's submission, if any, shall be filed by **May 7, 2021**.  The Clerk of the Court is directed to terminate the letter motion at docket number 635.
>
> Dated: April 19, 2021  
> New York, New York
>
> *LORNA G. SCHOFIELD*  
> UNITED STATES DISTRICT JUDGE

**Re:  United States v. Kareem Davis**  
**17-CR-610 (LGS)**

Dear Judge Schofield:

    On behalf of Kareem Davis, and with the Government's consent, I write to respectfully ask that the Court adjourn the sentencing date currently set for April 29, 2021.

    Undersigned counsel was scheduled to start a three-week trial on April 5, 2021, before the Honorable Paul A. Crotty in *United States v. Tagliaferro*, 19-Cr-472 (PAC).  On March 30, however, I suffered a serious fall and was hospitalized. I was diagnosed with two fractured vertebrae and a broken rib, and was released just a few days ago to continue recuperating at home.

    Judge Crotty postponed the trial start date until April 20, 2021, and appointed additional counsel to appear in the courtroom in my stead, as it is unlikely that I will be fit enough to appear in the courtroom as lead counsel. At this time, I anticipate that I will be assisting from home with preparation of the opening, summation, cross-examinations, and witness preparation, etc. during the course of the trial. Insofar as the trial is projected to last approximately three weeks, I now expect that it will last beyond the currently scheduled sentencing date of April 29.

    For this reason, I respectfully ask that the Court adjourn Mr. Davis' sentencing until a date in mid-May. The requested adjournment will avoid a conflict with the trial days and will provide sufficient time for me to recuperate sufficiently so that I can appear in person on Mr. Davis' behalf.

I thank the Court for its continued consideration and courtesies to counsel.

                                                Respectfully,
                                                _____/s/_____
                                                Richard H. Rosenberg, Esq.

Cc:    All parties (by ECF)
        Kareem Davis (by US mail)