UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA              :
                             Plaintiff,    :
                                      :  17 Cr. 610-16 (LGS)
          -against-              :
                                      :  <u>ORDER</u>
KAREEM DAVIS,                        :
                           Defendant,   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

The parties shall appear for a sentencing hearing on **June 30, 2021, at 4:15 p.m.** in courtroom 318 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

Dated: June 17, 2021
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**