UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
UNITED STATES OF AMERICA                :
                                Plaintiff, :
                                         : 17 Cr. 610-16 (LGS)
          -against-     :
                                         : <u>ORDER</u>
KAREEM DAVIS,                           :
                               Defendant, :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby ORDERED the sentencing currently scheduled for June 30, 2021, is rescheduled to **June 24, 2021, at 4:00 p.m. in** courtroom 318 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Members of the press and public may dial into this conference using Conference Call in Number: (888) 363-4749; and Access Code: 558-3333.

Dated: June 21, 2021
        New York, New York

                                              _____
                                                   LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE