UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA :
                              Plaintiff, :
                                        : 17 Cr. 610-16 (LGS)
             -against- :
                                        : <u>ORDER</u>
KAREEM DAVIS, :
                            Defendant, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference was held before Court on June 24, 2021. It is hereby

**ORDERED** that for the reasons stated on the record, the Government shall file any resentencing application on or before **July 23, 2021**. The Defendant shall file any response by **July 27, 2021**. It is further

**ORDERED** that the parties shall appear for a status conference on **August 2, 2021, at 12:00 p.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Members of the press and public may dial into this conference using Conference Call in Number: (888) 363-4749; and Access Code: 558-3333.

Dated: June 24, 2021
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE