UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM DAVIS, | |
| Movant, | 17 Cr. 610-16 (LGS) |
| -against- | 25 Civ. 1781 (LGS) |
| UNITED STATES OF AMERICA, | **ORDER** |
| Respondent. | |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, Movant Kareem Davis initiated a civil action under 28 U.S.C. § 2255, challenging his June 7, 2021, judgment of conviction entered in *United States v. Davis*, No. 17 Cr. 610-16 (S.D.N.Y. June 7, 2021).

WHEREAS, the record reflects that Movant's conviction was final on November 20, 2023, when the Supreme Court denied certiorari.  Dkt. No. 708 at 2.  Movant had one year from the finality of his conviction to timely file the instant motion.  *See* 28 U.S.C. § 2255(f); *Clay v. United States*, 537 U.S. 522, 527 (2003) (finality on direct review occurs when time to seek certiorari expires or when certiorari is denied); *accord Kassir v. United States*, 3 F.4th 556, 560 n.11 (2d Cir. 2021).

WHEREAS, Movant's § 2255 petition was docketed on February 25, 2025, and his submissions state that the petition was placed in the prison mailbox on February 6, 2025.  Dkt. No. 708 at 14.  Movant's submissions do not address the timeliness beyond stating that "[b]ecause this § 2255 is filed within 1-year of the denial of certiorari it is timely."  *Id*. at 12.

WHEREAS, the petition docketed on February 25, 2025, includes an inquiry to the Clerk of Court stating that Movant filed a § 2255 motion for a reduction of sentence on November 5,

2024.  *Id.* at 15.  But no docket entries reflect such a motion, nor do Movant's submissions

address this previously filed motion beyond inquiring as to its status.

WHEREAS, Respondent's Opposition likewise did not address the timeliness of the

instant motion.  *See* Dkt. 718.  It is hereby

**ORDERED** that by **October 9, 2025**, Movant shall file a letter showing cause as to why

his motion is not time-barred under § 2255(f).  It is further

**ORDERED** that within **14 days of Movant's letter being docketed**, the Government

shall file any response.

The Clerk of Court is respectfully directed to docket this Order in both cases, and to mail

a copy to pro se Movant.

Dated:    September 9, 2025
          New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2