UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

KAREEM DAVIS,

                        Movant,                    17 Cr. 610-16 (LGS)

                  -against-                  25 Civ. 1781 (LGS)

UNITED STATES OF AMERICA,                **ORDER**

                      Respondent.

------------------------------------------------------------

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, Movant filed a motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 on February 25, 2025. *See* Civ. Dkt. 1.

    WHEREAS, the Government filed an opposition on June 25, 2025. *See* Cr. Dkt. 718.

    WHEREAS, on October 23, 2025, Movant moved to voluntarily dismiss the § 2255 motion. *See* Cr. Dkt. 730.

    WHEREAS, dismissal is proper here. *See* Rules Governing § 2255 Proceedings 12 (incorporating the Fed. R. Civ. P. where not inconsistent); Fed. R. Civ. P. 41(a)(2). It is hereby

    **ORDERED** that, Movant's motion to voluntarily dismiss the petition is **GRANTED**. Movant is advised that any later § 2255 motion may be deemed "second or successive," requiring authorization from the Court of Appeals, *see* 28 U.S.C. § 2255(h), and that the one-year limitations period in 28 U.S.C. § 2255(f) continues to apply.

    The Clerk of Court is respectfully directed to docket this Order in both cases, close the Motion at Cr. Dkt. 730, close the civil case (25 Civ. 1781), and mail a copy of this Order to Movant.

Dated:   October 24, 2025
           New York, New York

                                          LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE